## CERTIFICATE OF SERVICE

I, **Thomas Fisk**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy:

**GOVERNMENT'S PLEA AGREEMENT FOR DEFENDANT RYAN MITCHELL KRAMER**

| | |
|---|---|
| ☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows: | ☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows: |
| ☐ By hand delivery, addressed as follows: | ☐ By facsimile, as follows: |
| ☒ Electronic Mail as follows:<br>alan@egattorneys.com | ☐ By Federal Express, as follows: |

at the last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on May 1, 2025 Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*Thomas Fisk*
Thomas Fisk
Legal Assistant

FILED
CLERK, U.S. DISTRICT COURT
5/1/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: MMC DEPUTY
2:25-CR-00333-AB