FILED
CLERK, U.S. DISTRICT COURT

MAY 2 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF | 2:25-cr-00333-AB |
| V. | | |
| Ryan Mitchell Kramer | | **WAIVER OF INDICTMENT** |
| | DEFENDANT | |

I, _____ Ryan Mitchell Kramer _____ , the above-named defendant,
who is accused of _____ 18:1030(a)(2)(C), (c)(2)(B)(iii) :  18:1030(a)(7), (c)(3)(A): _____ , in
violation of  Accessing a Computer and Obtaining Information; Threatening to Damage a Protected Comp  , being
advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on
_____ 05/23/2025 _____ , prosecution by indictment and consent that the proceedings may be by
information rather than by indictment.

_9/23 / 2025_
Date

_5/23/25_
Date

_23 May 2025_
Date

_____
Defendant

_____
Counsel for Defendant

Before: _Judicial Officer_____


If the defendant does not speak English, complete the following:

I, _____ , am fluent in written and spoken English and _____
languages.  I accurately translated this Waiver of Indictment from English to _____
for defendant _____ on this date.


_____
Date

_____
Interpreter

CR-57 (06/14)                          **WAIVER OF INDICTMENT**