UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

| | |
|---|---|
| Case No. 2:25-CR-00333-AB | Date: 05/23/2025 |
| Present: The Honorable: Stephanie S. Christensen, United States Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Teagan Snyder | CS 05/23/2025 | Nicholas Purcell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s)  ✓ Present  Released on Bond | Attorneys for Defendants:  ✓ Present  Retained |
|---|---|
| Ryan Mitchell Kramer | Alan Eisner and Dmitry Gorin |

Proceedings: Arraignment of Defendant and/or    ✓ Assignment of Case    Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the Information.

* Defendant is arraigned under name on the Information.

* Defendant acknowledges having read the Information and discussed it with counsel.

* Court advises that the defendant has a constitutional right to be charged with a felony by an indictment from a grand jury, but that right can be waived and if so, the case would proceed on an information filed by the United States Attorney.

* Defendant signs waiver of indictment in court.

* Waiver of Indictment is submitted, accepted by the Court, and filed.

* This case is assigned to Judge Andre Birotte Jr.

* The parties are ordered to contact Judge Birotte's CRD Daniel Tamayo at (213) 894-0454 regarding the setting of dates for the guilty plea and all further proceedings. Judge Birotte Jr is located in 7B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

| cc: | PSALA | PSAED | PSASA | Initial Appearance/Appointment of Counsel: 00 : 00 |
|---|---|---|---|---|
| | USMLA | USMED | USMSA | Arraignment: 00 : 02 |
| | Statistics Clerk | | Interpreter | Initials of Deputy Clerk: TS by TRB |
| | CJA Supervising Attorney | | Fiscal | |