# United States Probation & Pretrial Services

United States District Court
Central District of California



FILED
CLERK, U.S. DISTRICT COURT
5/28/25
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV  DEPUTY



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No: 9975943

**Passport Receipt**

Defendant Name: Ryan Mitchell Kramer

Name on passport, if different: enter text.

Country of Origin: USA

Ordered by court in the Central District of California

Docket Number: 2:25-CR-00333-SSC

U.S. Probation & Pretrial Services
Los Angeles

Ryan Mitchell Kramer
Surrendered By

5-28-2025
Date

Diangela Palacio
Received By

5-28-2025
Date

Returned To

Date

Surrendered By

Date

Purpose Returned

Address (if mailed)