FILED
CLERK, U.S. DISTRICT COURT

MAY 23 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:25CR00333-AB |
| v. | |
| RYAN KRAMER | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint **ALAN EISNER + DMITRY GORIN**, Esquire, as my attorney to appear for me throughout all proceedings in this case.

**5-23-25**
Date

_____
Defendant's Signature

**Los Angeles, CA**
City and State

## APPEARANCE OF COUNSEL

I, **ALAN EISNER**, Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

**5-23-25**
Date

_____
Attorney's Signature

**127119**
California State Bar Number

**16000 Ventura Blvd., Ste 1000**
Street Address

**ENCINO, CALIF**
City, State, Zip Code

**818 7811570**
Telephone Number     Fax Number

**alan@egattorneys.com**
E-mail Address

CR-14 (01/07)     DESIGNATION AND APPEARANCE OF COUNSEL