# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

| Case No.: | 2:25-cr-00333-AB | Date: | June 4, 2025 |
|---|---|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|
| Interpreter | None |

| Evelyn Chun | Laura Elias | Maxwell K. Coll, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ryan Mitchell Kramer | √ | | √ | Alan Eisner, Ret. | √ | | √ |

**Proceedings:**     CHANGE OF PLEA (Held and Completed)

Defendant moves to change plea to the Indictment/Information.

Defendant now enters a new and different plea of Guilty to a Two-Count Information.

The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **September 26, 2025, at 1:30 p.m., for sentencing.**

The Court vacates the Jury Trial date and Status Conference date, as to this defendant only.

The Court orders this matter referred to the U.S. Probation Office for a presentence investigation and preparation of a presentence report. The report is to be disclosed to the defendant thirty-five (35) days prior to sentencing unless the minimum period is waived.

The Court ORDERS the defendant remain on bond under the same terms and conditions as previously set.

cc:     USPO, PSA

|  | : | 34 |
|---|---|---|
| Initials of Deputy Clerk | evc | |