BILAL A. ESSAYLI
Acting United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
LAUREN RESTREPO (Cal. Bar No. 319873)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3825 / 1785
    Email:    lauren.restrepo@usdoj.gov
               maxwell.coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:25-00333-AB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | |
| RYAN MITCHELL KRAMER, | CURRENT SENTENCING DATE: September 26, 2025 |
| Defendant. | [PROPOSED] SENTENCING DATE: October 31, 2025 at 1:30 p.m. |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney's Office for the Central District of California, and defendant RYAN MITCHELL KRAMER ("defendant"), by and through his counsel of record, Alan Eisner, Esq. hereby stipulate that the sentencing hearing in this case should be continued from September 26, 2025 to October 31, 2025 at 1:30 p.m. This continuance is requested for the following reasons:

1. On June 4, 2025, defendant pled guilty to accessing a computer and obtaining information, in violation of 18 U.S.C. § 1030(a)(2)(C), (c)(2)(B)(iii) and threatening to damage a protected computer, in violation of 18 U.S.C. § 1030(a)(7), (c)(3)(A). The sentencing is currently scheduled for September 26, 2025 at 1:30 p.m. before this Court.

2. The government expects to receive additional materials in the next couple weeks from the victims in this case regarding losses sustained as a result of the offense conduct. Once received the government will produce these records to defense counsel and to the U.S. pretrial service office.

3. Based on the foregoing, the parties believe that additional time is necessary to for defense to review those loss materials, once received, in order to prepare for sentencing in this matter.

IT IS SO STIPULATED.

| /s/ Lauren Restrepo | 08/21/2025 |
|---|---|
| LAUREN RESTREPO<br>MAXWELL COLL<br>Assistant United States Attorneys | Date |

| /s/ (with email authorization) | 08/21/2025 |
|---|---|
| ALAN EISNER, ESQ.<br>Attorney for Defendant<br>RYAN MITCHELL KRAMER | Date |