BILAL A. ESSAYLI
Acting United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
LAUREN RESTREPO (Cal. Bar No. 319873)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3825 / 1785
    Email:    lauren.restrepo@usdoj.gov
              maxwell.coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:25-00333-AB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING HEARING FOR DEFENDANT RYAN MITCHELL KRAMER |
| v. | |
| RYAN MITCHELL KRAMER, | |
| Defendant. | [PROPOSED] SENTENCING DATE: October 31, 2025 at 1:30 p.m. |

    For good cause shown, IT IS HEREBY ORDERED THAT:

    The parties' request to continue the sentencing date for defendant RYAN MITCHELL KRAMER from September 26, 2025 to October 31, 2025 at 1:30 p.m., is GRANTED. Defendant shall appear

//

//

3

in Courtroom 7B of the First Street U.S. Courthouse, 350 West First Street, Los Angeles, CA  90012 on October 31, 2025, at 1:30 p.m.

_____          _____
 DATE                                    HONORABLE ANDRÉ BIROTTE JR.
                                         UNITED STATES DISTRICT JUDGE

Presented by:

  */s/*
_____
MAXWELL COLL
Assistant United States Attorney

4