UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:25-00333-AB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING HEARING FOR DEFENDANT RYAN MITCHELL KRAMER |
| v. | |
| RYAN MITCHELL KRAMER, | |
| Defendant. | [PROPOSED] SENTENCING DATE: October 31, 2025 at 1:30 p.m. |

For good cause shown, IT IS HEREBY ORDERED THAT:

The parties' request to continue the sentencing date for defendant RYAN MITCHELL KRAMER from September 26, 2025 to October 31, 2025 at 1:30 p.m., is GRANTED.  Defendant shall appear in Courtroom 7B of the First Street U.S. Courthouse, 350 West First Street, Los Angeles, CA  90012 on October 31, 2025, at 1:30 p.m.

August 22, 2025
DATE

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE