BILAL A. ESSAYLI
Acting United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Acting Chief, National Security Division
LAUREN RESTREPO (Cal. Bar No. 319873)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Terrorism & Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3825 / 1785
    Email:    lauren.restrepo@usdoj.gov
              maxwell.coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:25-00333-AB |
|---|---|
| Plaintiff, | SECOND STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | |
| RYAN MITCHELL KRAMER, | CURRENT SENTENCING DATE: October 31, 2025 |
| Defendant. | [PROPOSED] SENTENCING DATE: January 23, 2026 at 1:30 p.m. |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, and defendant RYAN MITCHELL KRAMER ("defendant"), by and through his counsel of record, Alan Eisner, Esq., hereby stipulate that the sentencing hearing in this case should be continued from October 31, 2025, to January 23, 2026 at 1:30 p.m.  This continuance is requested for the following reasons:

1.   On June 4, 2025, defendant pled guilty to accessing a computer and obtaining information, in violation of 18 U.S.C. § 1030(a)(2)(C), (c)(2)(B)(iii), and threatening to damage a protected computer, in violation of 18 U.S.C. § 1030(a)(7), (c)(3)(A).  The sentencing is currently scheduled for October 31, 2025 at 1:30 p.m. before this Court.  This is the second request for a continuance of the sentencing hearing.  Defendant is on bond.

2.   The government produced materials from the victims in this case regarding losses sustained as a result of the offense conduct. Defendant has requested additional materials, and the government is in the process of obtaining supplemental information.  The government may receive additional materials from victims in the coming weeks and will produce such records to defense counsel and to the U.S. pretrial service office.  Defense counsel also requests additional time to review the government's recent production of victim materials.

//
//
//
//

1       3.   Based on the foregoing, the parties believe that additional
2  time is necessary to for the government to obtain additional
3  materials and for defense to review the loss materials in order to
4  prepare for sentencing in this matter.
5       IT IS SO STIPULATED.

|  |  |
|---|---|
| _____ | 9/23/2025 |
| LAUREN RESTREPO<br>MAXWELL COLL<br>Assistant United States Attorneys | Date |
| *Alan Eisner*<br>_____ | September 22, 2025 |
| ALAN EISNER, ESQ.<br>Attorney for Defendant<br>RYAN MITCHELL KRAMER | Date |