BILAL A. ESSAYLI
Acting United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
LAUREN RESTREPO (Cal. Bar No. 319873)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3825 / 1785
     Email:    lauren.restrepo@usdoj.gov
               maxwell.coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:25-00333-AB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING HEARING FOR DEFENDANT RYAN MITCHELL KRAMER |
| v. | |
| RYAN MITCHELL KRAMER, | [PROPOSED] SENTENCING DATE: January 23, 2026 at 1:30 p.m. |
| Defendant. | |

   For good cause shown, IT IS HEREBY ORDERED THAT:

   The parties' request to continue the sentencing date for defendant RYAN MITCHELL KRAMER from October 31, 2025, to January 23, 2026 at 1:30 p.m., is GRANTED.  Defendant shall appear

//

//

in Courtroom 7B of the First Street U.S. Courthouse, 350 West First Street, Los Angeles, CA  90012 on January 23, 2026, at 1:30 p.m.

---
DATE

---
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/*
---
MAXWELL COLL
Assistant United States Attorney