UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RYAN MITCHELL KRAMER,<br><br>　　　　Defendant. | No. CR 2:25-00333-AB<br><br>[~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING FOR DEFENDANT RYAN MITCHELL KRAMER<br><br>[~~PROPOSED~~] SENTENCING DATE:<br>January 16, 2026 at 1:30 p.m. |

　　　For good cause shown, IT IS HEREBY ORDERED THAT:

　　　The parties' request to continue the sentencing date for defendant RYAN MITCHELL KRAMER from October 31, 2025, to January 16, 2026 at 1:30 p.m., is GRANTED.  Defendant shall appear

//

//

in Courtroom 7B of the First Street U.S. Courthouse, 350 West First Street, Los Angeles, CA 90012 on January 16, 2026, at 1:30 p.m.

| September 25, 2025 | |
|---|---|
| DATE | HONORABLE ANDRÉ BIROTTE JR.<br>UNITED STATES DISTRICT JUDGE |

Presented by:

  */s/*
MAXWELL COLL
Assistant United States Attorney

2