EISNER GORIN LLP
ALAN EISNER, State Bar # 127119
16000 Ventura Blvd., Suite 1000
Encino, CA 91436
Phone: (818) 781-1570
Email: alan@egattorneys.com

Attorney for Defendant
RYAN KRAMER

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR 2:25-00333-AB |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |
| vs. | ) ) ) | |
| RYAN KRAMER, | ) ) | Current Date: February 18, 2026, at 1:30pm |
| Defendant. | ) ) ) | Proposed Date: April 10, 2026, at 1:30pm |

The Defendant, by and through his counsel Alan Eisner and the Government, by and through its counsel Assistant United States Attorney Lauren Restrepo hereby stipulate as follows:

1. On June 4, 2025, the Defendant pled guilty to accessing a computer and obtaining information, in violation of 18 U.S.C. 1030(a)(2)(C), (c) (2) (B) (iii) and threatening to damage a protected computer, in violation of 18 U.S.C. 1030(a)(7), (c)(3)(A).  The sentencing hearing is currently scheduled for February 18, 2026.

2. Defendant requests herein to continue the sentencing hearing date from February 18, 2026, to April 10, 2026.  This is the parties' third stipulation to continue the sentencing hearing.

3. Defense counsel has spoken with the Government's counsel, assistant United States Lauren Restrepo, and she joins in this request.

1

4. Defense counsel is currently engaged in the trial of People v. Christopher Griddine, LASC Case. No. LA097797-01, a one-defendant, multi-count rape case which is estimated to last 15 days.

5. The government is also awaiting additional material from the victim regarding the losses sustained to be provided to defense counsel prior to the sentencing hearing.

6. Based on the foregoing, the parties believe that additional time is necessary to obtain and review the materials prior to the sentencing hearing.

IT IS SO STIPULATED

Respectfully submitted,

EISNER GORIN LLP

Dated: January 15, 2026        /S/ ALAN EISNER

ALAN EISNER
Attorney for Defendant
RYAN KRAMER

BILAL A. ESSAYLI
United States Attorney

Dated: January 15, 2026        /S/ per email authorization

LAUREN RESTREPO
Assistant United States Attorney