```
1  EISNER GORIN LLP
   ALAN EISNER, State Bar # 127119
2  16000 Ventura Blvd., Suite 1000
   Encino, CA 91436
3  Phone: (818) 781-1570
   Email: alan@egattorneys.com
4

5  Attorney for Defendant
   RYAN KRAMER
6
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: CR 2:25-00333-AB |
|---|---|
| Plaintiff, | ) |
| vs. | ) **[PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |
| RYAN KRAMER, | ) Current Date: February 18, 2026, at 1:30pm |
| Defendant. | ) Proposed Date: April 10, 2026 at 1:30pm |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT defendant Ryan Kramer sentencing hearing be continued to April 10, 2026.  Defendant shall appear in Courtroom 7B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on April 10, 2026, at 1:30 p.m.

Dated: _____

HON. ANDRE BIROTTE JR
UNITED STATES DISTRICT JUDGE