UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  vs.<br><br>RYAN KRAMER,<br><br>           Defendant. | Case No.: CR 2:25-00333-AB<br><br>**[PROPOSED] ORDER TO CONTINUE SENTENCING HEARING**<br><br>Current Date:  February 18, 2026, at 1:30pm<br><br>~~Proposed~~ Date:  April 24, 2026 at 1:30pm |

     GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT defendant Ryan Kramer sentencing hearing be continued to April 24, 2026.  Defendant shall appear in Courtroom 7B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on April 24, 2026, at 1:30 p.m.

Dated:  January 16, 2026

                                              _____
                                              HON. ANDRÉ BIROTTE JR
                                              UNITED STATES DISTRICT JUDGE