Name & Address:

EISNER GORIN LLP; ALAN EISNER CSB 127119
16000 VENTURA BLVD., SUITE 1000
ENCINO, CA 91436
PHONE 818 781-1570
alan@egattorneys.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 25CR00333-AB |
| v. | |
| RYAN KRAMER | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

SENTENCING POSITION; EXHIBITS UNDER SEAL
APPLICATION
[PROPOSED] ORDER

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

APRIL 10, 2026
_____
Date

S/ ALAN EISNER
_____
Attorney Name
DEFENDANT RYAN KRAMER
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING