UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - SENTENCING**

| Case No.: | 2:25-cr-00333-AB | Date: | May 15, 2026 |
|---|---|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter: N/A

| Evelyn Chun | CourtSmart | Lauren Restrepo |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ryan Mitchell Kramer | √ | | √ | Alan Eisner, Rtnd. | √ | | √ |
| | | | | Dmitry Gorin, Rtnd. | √ | | √ |

**Proceedings:    SENTENCING (Non-Evidentiary) (HELD AND COMPLETED)**

Refer to separate Judgment Order.

Defendant informed of right to appeal.

It is further ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons at or before 12 noon, on August 17, 2026.  In the absence of such designation, the defendant shall report on or before 12 noon, on August 17, 2026, to the United States Marshal located at the First Street U.S. Courthouse 350 W. First Street, Suite 3001, Los Angeles, CA 90012.

Bond will be exonerated upon surrender.

Restitution hearing will be set for August 14, 2026 at 1:30 p.m.

cc:    USPPO

|  | 1 | : | 14 |
|---|---|---|---|
| Initials of Deputy Clerk | EVC | | |