TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
LAUREN RESTREPO (Cal. Bar No. 319873)
Assistant United States Attorney
National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3825
    Email:    lauren.restrepo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>RYAN MITCHELL KRAMER,<br><br>　　　　Defendant. | No. 2:25-CR-333-AB<br><br>STIPULATION REGARDING RESTITUTION AND REQUEST TO VACATE RESTITUTION HEARING |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Lauren Restrepo, and defendant Ryan Mitchell Kramer, by and through his counsel of record, Alan Eisner, Esq., hereby stipulate as follows:

1.　On May 15, 2026, defendant Ryan Mitchell Kramer was sentenced to 15 months' imprisonment after pleading guilty to Accessing a Computer and Obtaining Information, in violation of 18 U.S.C. § 1030(a)(2)(C), (c)(2)(B)(iii) (Count 1) and Threatening to

Damage a Protected Computer, in violation of 18 U.S.C. §§ 1030(a)(7), (c)(3)(A) (Count 2) of the Information.  At the sentencing hearing, the Court set a deferred restitution hearing for August 14, 2026 at 1:30 p.m.

2.   Since that time, the parties have been working to resolve the need for a restitution hearing.

3.   As part of its sentencing submission, the government filed, under seal, reports from the Walt Disney Company (the "Victim Company") that outlined in detail the costs incurred by the Victim Company investigating or responding to defendant's conduct.  Loss suffered by a victim company investigating or responding to a defendant's breach is properly included in the loss calculation for sentencing purposes.  But it is not properly considered when calculating restitution.  Lagos v. United States, 584 U.S. 577, 585 (2018).  In Lagos, the Supreme Court held the Mandatory Victims Restitution Act ("MVRA"), 18 U.S.C. § 3663A(b)(4), does not cover the costs of an investigation that a victim company chooses on its own to conduct. Id.

4.   Given this controlling law, and after discussions between the parties, and between the government and representatives from the Victim Company, the parties hereby agree, stipulate, and request that no restitution be ordered in this case.

//

//

//

2

5.    The parties request that, in light of this stipulation, the restitution hearing set for August 14, 2026, be vacated as moot.

IT IS SO STIPULATED.


Dated: July 15, 2026          Respectfully submitted,

                              TODD BLANCHE
                              Acting Attorney General

                              BILAL A. ESSAYLI
                              First Assistant United States Attorney

                              IAN V. YANNIELLO
                              Assistant United States Attorney
                              Chief, National Security Division


                              _____*/s/ Lauren Restrepo*_____
                              LAUREN RESTREPO
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA




Dated: July 15, 2026          __*/s/ (with email authorization)*__
                              ALAN EISNER, ESQ.
                              Attorney for Defendant RYAN MITCHELL
                              KRAMER

3