TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
LAUREN RESTREPO (Cal. Bar No. 319873)
Assistant United States Attorney
National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3825
     Email:      lauren.restrepo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-CR-333-AB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER REGARDING REQUEST TO VACATE RESTITUTION HEARING |
| v. | |
| RYAN MITCHELL KRAMER, | |
| Defendant. | |

The Court has reviewed the Stipulation Regarding Restitution and Request to Vacate the Restitution Hearing filed by Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Lauren Restrepo, and defendant Ryan Mitchell Kramer ("defendant"), by and through his counsel of record, Alan Eisner, Esq., and for good cause shown:

//

//

IT IS ORDERED that:

1.    The request of the parties to vacate the restitution hearing scheduled for August 14, 2026 at 1:30 p.m. in this matter is GRANTED, and the restitution hearing is vacated and taken off calendar.

IT IS SO ORDERED.

_____              _____
DATE                                         THE HONORABLE ANDRÉ BIROTTE JR.
                                             UNITED STATES DISTRICT JUDGE


Presented by:

_____/s/_____
LAUREN RESTREPO
Assistant United States Attorney

2