UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

         v.

RYAN MITCHELL KRAMER,

      Defendant.

No. 2:25-CR-333-AB

[~~PROPOSED~~] ORDER REGARDING REQUEST TO VACATE RESTITUTION HEARING

    The Court has reviewed the Stipulation Regarding Restitution and Request to Vacate the Restitution Hearing filed by Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Lauren Restrepo, and defendant Ryan Mitchell Kramer ("defendant"), by and through his counsel of record, Alan Eisner, Esq., and for good cause shown:

    IT IS ORDERED that:

    1.  The request of the parties to vacate the restitution hearing scheduled for August 14, 2026 at 1:30 p.m. in this matter is GRANTED, and the restitution hearing is vacated and taken off calendar.

/ / /

IT IS SO ORDERED.


July 16, 2026
DATE                                    THE HONORABLE ANDRÉ BIROTTE JR.
                                        UNITED STATES DISTRICT JUDGE

2