EISNER GORIN LLP
ALAN EISNER, State Bar # 127119
16000 Ventura Blvd. Ste. 1000
Encino, CA  91436
Phone:         (818) 781-1570
Email:         alan@egattorneys.com

Attorney for Defendant,
RYAN KRAMER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR 25-00333-AB |
| Plaintiff, | ) |
| | ) UNOPPOSED EX PARTE |
| vs. | ) APPLICATION FOR ORDER |
| | ) RECOMMENDING REDESIGNATION |
| RYAN KRAMER | ) TO CALIFORNIA PRISON FACILITY |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

Defendant Ryan Kramer, by and through his counsel of record Alan Eisner, hereby applies ex parte for an order recommending that Mr. Kramer be redesignated to BOP's Lompoc facility, or another Southern California prison facility appropriate for his security level.  The Government does not oppose this request.

This *ex parte* application is based upon the attached declaration of Alan Eisner.

Respectfully submitted

EISNER GORIN LLP

Dated: July 28, 2026                    */S/ ALAN EISNER*

ALAN EISNER
Attorney for Defendant
RYAN KRAMER

1

DECLARATION OF ALAN EISNER

I, Alan Eisner, declare as follows:

1.      I am counsel of record for defendant Ryan Kramer.

2.      On May 15, 2026, Mr. Kramer was sentenced to 15 months and ordered to surrender himself to the institution designated by the Bureau of Prisons ("BOP") by August 17, 2026. Defendant requested, and the court recommended, a designation to a BOP facility in Southern California.

2.      On July 27, 2026, Mr. Kramer learned that the BOP designated him to its Sheridan facility in Oregon.  As the Court is aware from the defense's under seal sentencing position, Mr. Kramer suffers from various mental health diagnosis including but not limited to anxiety disorder.  Defendant is 26-years old, resides at home, and relies in substantial part on his parents as his support system.

3.      The Sheridan facility is approximately 900 miles from Los Angeles, which is an approximately 15-hour journey by car.  I am informed that Mr. Kramer's parents are unable to take the multiple days off from their employment that this travel would require. Either having to drive this distance or incurring the costs of flying every time defendant's parents wish to visit Mr. Kramer is a substantial hardship to this family, and the resulting inability for his parents to visit him will be a substantial hardship to Mr. Kramer.

4.      Accordingly, I respectfully request that the Court sign the attached proposed order recommending that Mr. Kramer be redesignated to Lompoc or another appropriate California facility within reasonable driving distance of Los Angeles.  In my experience, a sentencing court's recommendation is given significant consideration by the BOP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of July, 2026 at Los Angeles, California.

/S/ ALAN EISNER

ALAN EISNER

2