EISNER GORIN LLP
ALAN EISNER, State Bar # 127119
16000 Ventura Blvd., Suite 1000
Encino, CA 91436
Phone: (818) 781-1570
Email: alan@egattorneys.com

Attorney for Defendant
RYAN KRAMER

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 2:25-00333-AB |
| Plaintiff, | **[PROPOSED] ORDER FOR RECOMMENDATION FOR REDESIGNATION TO CALIFORNIA PRISON FACILITY** |
| vs. | |
| RYAN KRAMER, | |
| Defendant. | |

TO THE BUREAU OF PRISONS:

The Court, having read and considered Defendant's *ex parte* application, hereby RECOMMENDS THAT Defendant be redesignated to the Lompoc facility or, in the alternative, another California prison facility within reasonable driving distance of Los Angeles appropriate for Defendant's security level.

Dated: July ___, 2026

_____
HON. ANDRE BIROTTE JR
UNITED STATES DISTRICT JUDGE