**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>RYAN KRAMER,<br><br>                    Defendant. | Case No.: CR 2:25-00333-AB<br><br>**[PROPOSED] ORDER FOR RECOMMENDATION FOR REDESIGNATION TO CALIFORNIA PRISON FACILITY** |

TO THE BUREAU OF PRISONS:

The Court, having read and considered Defendant's *ex parte* application, hereby RECOMMENDS THAT Defendant be redesignated to the Lompoc facility or, in the alternative, another California prison facility within reasonable driving distance of Los Angeles appropriate for Defendant's security level.

Dated: July 30, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE