# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# OFFICE OF THE CLERK OF COURT

To: Chief Deputy/Fiscal

**Re: Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: 2:25−cr−00333−AB

Defendant's Name: Ryan Mitchell Kramer

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on 8/17/2026. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : 9/3/2026, it was verified the defendant:**

has surrendered to the Bureau of Prisons.

**Verified via Bureau of Prisons website.**

September 3, 2026
Date

By */s/ Grace Kami*
Deputy Clerk